```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A03-0274--CV (JWS)
                  "USA V ROGER J. MEYER ET AL"

       Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 11/21/03
            Closed: NO

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (870) Tax Suits

            Origin: (1) Original Proceeding
            Demand: 102
        Filing fee: Waived
          Trial by: Jury
```

Parties of Record:                           Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Timothy M. Burgess<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| | | Keith S. Blair<br>U.S. Department of Justice<br>POB 683<br>Ben Franklin Station<br>Washington, DC 20044-0683<br>202-307-0977<br>FAX 202-307-0054 |
| DEF 1.1 | MEYER, ROGER J. | George E. Goerig Jr<br>Law Office of George E. Goerig<br>1007 W. 3rd Avenue, Suite 301<br>Anchorage, AK 99501<br>907-278-9926<br>FAX 907-279-9926 |
| DEF 2.1 | MEYER, ANNETTE | Raymond E. Plummer Jr<br>Offices of Raymond E. Plummer<br>1007 W. 3rd Avenue, Suite 301<br>Anchorage, AK 99501<br>907-272-9665<br>FAX 907-345-5396 |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A03-0274--CV (JWS)
                              "USA V ROGER J. MEYER ET AL"

                                     For all filing dates
```

Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 11/21/03
          Closed: NO

    Jurisdiction: (1) U.S. Plaintiff
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (870) Tax Suits

          Origin: (1) Original Proceeding
          Demand: 102
      Filing fee: Waived
        Trial by: Jury


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/21/03 | Complaint filed; Summons issued. |
| 2 - 1 | 12/29/03 | DEF 1-2 motion to dismiss w/att affs and exhs. |
| 3 - 1 | 01/02/04 | PLF 1 Return of Service on DEF 1; Executed 12/3/03. |
| 4 - 1 | 01/02/04 | PLF 1 Return of Service on DEF 2; Executed 12/3/03. |
| 5 - 1 | 01/07/04 | DEF 1-2 amended motion to dismiss w/att affs and exhs. |
| 6 - 1 | 01/12/04 | PLF 1 motion to substitute attorney for service of process |
| 7 - 1 | 01/15/04 | JWS Minute Order granting mot to sub atty for svc of process (6-1). cc: cnsl |
| 8 - 1 | 01/16/04 | PLF 1 opposition to DEF 1-2 amended motion to dismiss (5-1). |
| 9 - 1 | 01/22/04 | JWS Minute Order denying w/o prej motion to dismiss (2-1). cc: cnsl |
| 10 - 1 | 02/04/04 | DEF 1-2 reply to oppo to DEF 1-2 amended mot to dismiss (5-1). |
| 11 - 1 | 02/09/04 | JWS Order denying mot to dismiss (5-1). cc: cnsl |
| 12 - 1 | 02/09/04 | JWS Minute Order than an ans has not been fld by one or more defs served in this case; require an ans immediately or apply for default w/i 20 days from this date of this mo. cc: cnsl |
| 13 - 1 | 02/11/04 | JWS Minute Order vacating minute order at docket 12. cc: cnsl |
| 14 - 1 | 03/04/04 | JWS Minute Order that plf require ans or apply for dft re: cmplt w/i 20 days. cc: cnsl |
| 15 - 1 | 03/05/04 | DEF 1-2 Answer to Complaint. |
| 16 - 1 | 03/09/04 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0274--CV (JWS)
                                   "USA V ROGER J. MEYER ET AL"

                                        For all filing dates


 Document #    Filed      Docket text

    17 -   1   03/09/04   PLF 1 Application for entry of default re:DEF 1 & 2.

    18 -   1   03/10/04   Clerk's Notice that default will not be entered as to DEF 1 & 2 as an
                          answer was filed 3/5/04. cc:cnsl

    19 -   1   04/09/04   PLF 1 Initial case status report w/att exh.

    20 -   1   04/15/04   DEF 1-2 Inital Status Report.

    21 -   1   04/23/04   JWS S&P Order setting PT ddlns: Original disc 10/29/04; Disp mots ddln
                          11/29/04; Estimate of trial 2 days; TBC. cc: cnsl

    22 -   1   05/10/04   DEF 1-2 Attorney Appearance of George E. Goerig.

    23 -   1   05/17/04   DEF 1-2 Jury Demand.

    23 -   2   05/17/04   DEF 1-2 motion for trial by jury arising under the 7th amendment w/att
                          affs.

    24 -   1   06/02/04   DEF 1-2 Notice of w/drwl of mot for jury trial.

    24 -   2   06/03/04   Clerk's Notice w/drwing mot for trial by jury arising under the 7th
                          amendment (23-2).

    25 -   1   07/06/04   DEF 2 Attorney Withdrawal of G. Goerig & Substitution of Raymond E.
                          Plummer.  cc: cnsl, R. Plummer

    26 -   1   07/06/04   DEF 2 Attorney Appearance of R. Plummer.

    27 -   1   09/01/04   PLF 1 Final Revised Witness List.

    28 -   1   09/02/04   DEF 2 Preliminary Witness List.

    29 -   1   09/02/04   DEF 1 Preliminary Witness List.

    30 -   1   09/24/04   DEF 2 motion to extend time for discovery for a period of 90 days w/att
                          memo & aff.

    31 -   1   09/24/04   DEF 2 motion for expedited consideration of motion for extension of time
                          for discovery w/att memo .

    32 -   1   09/24/04   DEF 2 Certificate of service re: DEF 2 motion to extend time for
                          discovery for a period of 90 days. (30-1), DEF 2 motion for expedited
                          consideration of motion for extension of time for discovery (31-1).

    33 -   1   09/27/04   JWS Order granting motion for expedited consideration of motion for
                          extension of time for discovery (31-1). cc: cnsl

    34 -   1   09/27/04   JWS Order granting motion to extend time for discovery for a period of
                          90 days w/att memo & aff (30-1) & setting the following dates: Discovery
                          to close 01/27/05; Dispositive motions deadline 02/28/05. cc: cnsl

    35 -   1   09/27/04   DEF 2 flg of notarized last pg of memo, stmt of cnsl & aff in support of
                          DEF 2 motion to extend time for discovery for a period of 90 days
                          (30-1).
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A03-0274--CV (JWS)
                                    "USA V ROGER J. MEYER ET AL"

                                       For all filing dates


Document #    Filed      Docket text

   36 -  1   09/27/04    DEF 1 Affidavit of George E. Goerig.

   37 -  1   01/27/05    PLF 1 Unopposed motion to extend discovery (to 3/31/05).

   37 -  2   01/27/05    JWS Order granting motion Unopposed motion to extend discovery (to
                         3/31/05) (37-1).  cc: cnsl

   38 -  1   05/09/05    JWS Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

   39 -  1   05/13/05    PLF 1 Unopposed motion to extend discovery until 7/31/05.

   39 -  2   05/17/05    JWS Order granting unoppo mot to extend disc until 7/31/05 (39-1). cc:
                         cnsl

   40 -  1   05/19/05    PLF 1 Status Report as of 5/17/05.

   41 -  1   10/11/05    JWS Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

   42 -  1   10/27/05    Stipulation & notice of settlement.

   42 -  2   10/28/05    JWS Order granting stip & notice of settl (42-1). cc: cnsl

   43 -  1   11/07/05    PLF 1 Unopposed motion to amend complaint w/att memo & amended
                         complaint.

   44 -  1   11/09/05    JWS Order granting unopposed motion to amend complaint (43-1). cc: cnsl

   45 -  1   11/09/05    PLF 1 Complaint (Amended) to reduce assessments to judgment, to set
                         aside transfer, and to foreclose Federal Tax Lien.
```