**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA    v.    ROGER J. MEYER, et al.

THE HONORABLE JOHN W. SEDWICK        CASE NO.   3:03-cv-00274-JWS

Deputy Clerk                Official Recorder

Pam Richter

APPEARANCES:    for PLAINTIFF:    ----

                for DEFENDANT:    ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

Counsel for plaintiff shall file a status report not later than May 15, 2006.

DATE: April 14, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]