DEBORAH M. SMITH
Acting United States Attorney
Room C-253, Federal Building and
 United States Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6548
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

RECEIVED
JUN 0 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) Civil No. A03-0274 CV JWS | |
| Plaintiff,          ) | |
| ) | |
| v.          ) STIPULATION FOR DISMISSAL | |
| ) | |
| ROGER J. MEYER and          ) | |
| ANNETTE MEYER,          ) | |
| ) | |
| Defendants.          ) | |
| ) | |

The United States of America, and Roger John Meyer and Annette Meyer, by their undersigned counsel, hereby stipulate as follows:

1.     This action will be dismissed with prejudice.

2. Each party will bear its own costs, including attorney's fees.

Respectfully submitted,

DEBORAH M. SMITH
Acting United States Attorney

Dated: April 21, 2006          /s/ John B. Snyder, III

JOHN B. SNYDER, III
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6548
Attorney for the United States
john.snyder2@usdoj.gov
Western.Taxcivil@usdoj.gov

Dated: April 21, 2006          /s/ George Goerig
GEORGE GOERIG
Goerig & Associates
1007 West 3rd Ave., Suite 301
Anchorage, AK 99501

Dated: April 21, 2006          /s/ Raymond E. Plummer
RAYMOND E. PLUMMER
Raymond E. Plummer, Attorney LLC
1007 West 3rd Ave., Suite 301
Anchorage, AK 99501