IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROGER J. MEYER and<br>ANNETTE MEYER,<br><br>　　　　　Defendants. | )<br>)Civil No. A03-0274 CV JWS<br>)<br>)<br>)<br>)[PROPOSED] ORDER GRANTING<br>)STIPULATION FOR DISMISSAL<br>)<br>)<br>)<br>)<br>) |

　　　Upon the stipulation of the parties, it is hereby

　　　ORDERED that this case is dismissed with prejudice, with each side to bear its own costs, including attorney's fees.

　　　It is further ORDERED that all remaining briefing deadlines in this matter, are vacated.

　　　Dated this ____ day of _____, 2006.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[Proposed] Order　　　　　　　　　　　　　　- 1 -