**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

***UNITED STATES OF AMERICA*** v. ***ROGER J. MEYER, et al.***

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:03-cv-00274-JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: June 12, 2006

The parties' stipulation for dismissal at docket 47 is **APPROVED.** This case is hereby **DISMISSED** with prejudice, each party to bear such party's own costs, including attorney's fees.   The Clerk will please close the file.